**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   DEPANO BROS, LLC           :   No.   25-
           Debtor                    :   **CHAPTER 11**

## LIST OF EQUITY SECURITY HOLDERS

1. Tyler DePano

    LLC Member:  50%

2. Martin DePano

    LLC Member:  50%

                              Respectfully submitted,

                              **MCLAUGHLIN & GLAZER**

Date: March 12, 2025

                              By: /s/ Robert Glazer
                                  Robert Glazer
                                  Attorney for Debtor
                                  Attorney ID No:  30234
                                  26 N. Third Street
                                  Easton, PA  18042
                                  610-258-5609
                                  Fax:  610-258-4353
                                  usbcglazer@gmail.com